IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-383-RJC-DCK

| | |
|---|---|
| KARESS N. SCOTT-WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BDP INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Defendant's Motion For *Pro Hac Vice* Admission Of Caroline R. Robb, Esq." (Document No. 7) filed by Eleanor A. Kolton. Robb seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, "Defendant's Motion For *Pro Hac Vice* Admission Of Caroline R. Robb, Esq." (Document No. 7) is **GRANTED.** Caroline R. Robb is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: October 11, 2019

David C. Keesler
United States Magistrate Judge